**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **MARANDA KAY MOURING** | **CASE NO.: 23-51343 KMS** |
| **SCOTT JAMES MOURING** | |

## CONSENT ORDER DISMISSING CASE

**THIS MATTER** came on for consideration of the Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment (Dkt. 41) and the Debtors' Response thereto (Dkt. 42), and the Court being advised that the parties have reached an agreement, and the Debtor(s) no longer opposes the Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment (Dkt. 41). It is therefore:

**ORDERED AND ADJUDGED** that the Chapter 13 case is hereby dismissed.

**##END OF ORDER##**

Approved By:

/s/ Warren A. Cuntz, Jr., Trustee
**Warren A. Cuntz, Jr.**
**Chapter 13 Trustee**
P.O. Box 3749
Gulfport, MS 39505-3749
(228) 831-9531

/s/ Thomas Carl Rollins, Jr., Esquire w/permission
**Thomas Carl Rollins, Jr., Esquire**
**Attorney for Debtor(s), MSB#103469**
PO Box 13767
Jackson, MS. 39236
(601) 500-5533