United States Bankruptcy Court
Southern District of Mississippi

In re:
Maranda Kay Mouring
Scott James Mouring
Debtors

Case No. 23-51343-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 23, 2026 Form ID: n001 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Maranda Kay Mouring, Scott James Mouring, 21653 McDowell Rd, Saucier, MS 39574-8808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5752207 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 23 2026 19:16:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302 |
| 5288762 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 23 2026 19:16:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor NASA Federal Credit Union karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Nathan L Prescott | |

| | |
|---|---|
| | on behalf of Creditor The Peoples Bank Biloxi, MS nathan.prescott@pmp.org, linda.scott@pmp.org |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Scott James Mouring trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Thomas Carl Rollins, Jr | on behalf of Debtor Maranda Kay Mouring trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 6

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** Maranda Kay Mouring
Scott James Mouring

**Case No.:**23−51343−KMS

**Chapter** 13

**To:** Assignee/Transferee

Jefferson Capital Systems LLC
PO 7999
Saint Cloud, MN 56302

**To:** Assignor/Transferor

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119

**Notice of Assignment/Transfer of Claim**

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Navy Federal Credit Union has assigned/transferred its claim in the amount of $25,265.41 to Jefferson Capital Systems LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **December 14, 2026** you are required to file a written response. Registered users of the Electronic Case Filing (ECF) system should file any response using ECF. Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: November 23, 2026

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790